1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   LAMAR PASCHALL,                              Case No.: 1:24-cv-00154-JLT-SKO

12                    Plaintiff,                   **FINDINGS AND RECOMMENDATIONS
                                                   TO PROCEED ON CERTAIN CLAIMS
13          v.                                     AND TO DISMISS CERTAIN DEFENDANT
                                                   FROM THIS ACTION FOLLOWING
14   AMANDEEP JOHAL, et al.,                       SCREENING**

15                    Defendants.                  **14-DAY OBJECTION DEADLINE**

16

17

18          Plaintiff Lamar Paschall is proceeding pro se and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20   **I.      INTRODUCTION**

21          On April 16, 2025, this Court issued its First Screening Order. (Doc. 13.) The Court

22   found Plaintiff stated cognizable Eighth Amendment deliberate indifference to serious medical

23   needs claims against Defendants Fu, Smith, Sinclair, Jane Doe, and John Doe but failed to allege

24   any other cognizable claim against any other named defendant. (*Id*. at 4-10.) Plaintiff was

25   directed to do one of the following within 21 days: (1) notify the Court he did not wish to file a

26   first amended complaint and instead was willing to proceed only on the Eighth Amendment

27   deliberate indifference to serious medical needs claims against these Defendants, the remaining

28

1   claims to be dismissed; or (2) file a first amended complaint curing the deficiencies identified in

2   the Court's order, or (3) file a notice of voluntary dismissal. (*Id*. at 11-12.)

3        On May 12, 2025, Plaintiff filed a notice indicating his wish to proceed only on the claims

4   found cognizable by the Court. (*See* Doc. 14.)

5        **II.    ORDER AND RECOMMENDATIONS**

6        As an initial matter, the Court **DIRECTS** the Clerk of the Court to update the docket for

7   this action to ADD "Jane Doe" and "John Doe" as these individuals were named as Defendants in

8   Plaintiff's complaint. (*See* Doc. 1 at 2.)

9        Further, for the reasons given above, the Court **RECOMMENDS** that:

10       1.  This action **PROCEED** *only* on Plaintiff's Eighth Amendment deliberate indifference

11          to serious medical needs claims against Defendants Fu, Smith, Sinclair, Jane Doe, and

12          John Doe;

13       2.  Defendant Amandeep Johal be **DISMISSED** from this action; and

14       3.  Any remaining claims in Plaintiff's complaint be **DISMISSED**.

15        These Findings and Recommendations will be submitted to the United States District

16   Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days**

17   after being served with a copy of these Findings and Recommendations, a party may file written

18   objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to

19   Magistrate Judge's Findings and Recommendations" and **shall not exceed fifteen (15) pages**

20   without leave of Court and good cause shown. The Court will not consider exhibits attached to

21   the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference

22   the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise

23   reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation

24   may be disregarded by the District Judge when reviewing these Findings and Recommendations

25   under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time

26   //

27   //

28   //

2

may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   **May 13, 2025**                              /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

3