UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR PASCHALL,<br><br>        Plaintiff,<br><br>    v.<br><br>AMANDEEP JOHAL, et al.,<br><br>        Defendants. | Case No.: 1:24-cv-00154-JLT-SKO<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS JANE DOE AND JOHN DOE DEFENDANTS**<br><br>(Doc. 25)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO IDENTIFY JANE DOE AND JOHN DOE**<br><br>(Doc. 26)<br><br>**90-DAY DEADLINE** |

Plaintiff Lamar Paschall is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Fu, Smith, Sinclair, Jane Doe, and John Doe.

**I.     INTRODUCTION**

On May 13, 2025, this Court issued its Order Granting Plaintiff Ninety Days Within Which to Identify Jane Doe and John Doe. (Doc. 15.) Plaintiff was directed to "substitute these defendants' actual names by filing a 'notice of substitution'" within 90 days. (*Id*. at 3.)

On August 22, 2025, when more than 90 days passed and Plaintiff failed to file a notice of

substitution or to otherwise contact the Court, the Court issued Findings and Recommendations to Dismiss Doe Defendants. (Doc. 25.) Plaintiff 's objections were due within 14 days. (*Id*. at 3-4.) On September 10, 2025, Plaintiff filed his objections. (Doc. 26.)

## II.   DISCUSSION

Plaintiff alleges that on July 22, 2025, he "sent the Courts a Discovery motion requesting the identities of Jane Doe and John Doe," believing he complied with the Court's May 13, 2025, order. Plaintiff states he has not received a response from Defendants. Plaintiff asks for an unspecified extension of time and notes he is considering filing a motion to compel regarding his "Motion for Discovery on the identities of Jane Doe and John Doe" pursuant to Rules 34(b) and 37(a) of the Federal Rules of Civil Procedure. Plaintiff states he "will also attempt to discover the identities of Jane Doe and John Doe by other means."

As an initial matter, the Court notes the docket for this action does not include any motion filed by Plaintiff on or about July 22, 2025. Prior to the objections filed on September 9, 2025, the Plaintiff's last filing was received and docketed by the Court on May 12, 2025. (Doc. 14 [notice of proceed on cognizable claims].)

As Plaintiff was advised on May 13, 2025, he could file a motion for issuance of a subpoena, use a CDCR Form 22, or request copies of his medical records to learn the identities of Jane Doe and John Doe. (*See* Doc. 15 at 2-3.) To the extent Plaintiff may have served Defendants with a "Discovery motion" concerning the identities of the Doe defendants, this motion does not comply with the Court's May 13, 2025, order and may explain why Plaintiff has not received a response from Defendants.

Plaintiff should carefully review the requirements outlined in pages two and three of the Court's May 13, 2025, order. The Court will grant Plaintiff an additional 90 days within which to discover the identities of Jane Doe and John Doe and to substitute these Doe defendants' actual names by filing a notice of substitution. If Plaintiff fails to comply with this Order and with the Court's May 13, 2025, order, the undersigned will reissue Findings and Recommendations to dismiss the Doe defendants.

### III. CONCLUSION AND ORDER

Based on the foregoing, the Court **HEREBY ORDERS**:

1. The Findings and Recommendations issued August 22, 2025, are **VACATED**;
2. Plaintiff is **GRANTED** an additional 90 days from the date of this order within which to discover the identities of the Doe defendants and to file a notice of substitution.

**Plaintiff is advised that no further extensions of time concerning the identities of the Doe defendants will be entertained absent a showing of extraordinary good cause. Failure to comply with this Order will result in a recommendation that the Doe defendants be dismissed without prejudice**.

IT IS SO ORDERED.

Dated:  **September 12, 2025**                    */s/ Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE

3