UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR PASCHALL,<br><br>       Plaintiff,<br><br>    v.<br><br>AMANDEEP JOHAL, et al.,<br><br>       Defendants. | Case No.: 1:24-cv-00154-JLT-EGC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 55)<br><br>**ORDER DEEMING DEFENDANT PRASAD'S MOTION TO DISMISS AS UNOPPOSED** |

Plaintiff Lamar Paschall is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

## I.     INTRODUCTION

On March 17, 2026, Defendant Prasad filed a motion to dismiss alleging immunity from suit under the Public Readiness and Preparedness Act. (Doc. 49.)

On April 15, 2026, when Plaintiff failed to file an opposition or statement of non-opposition to the motion to dismiss, the Court issued its Order to Show Cause (OSC) Why Sanctions Should Not Be Imposed For Plaintiff's Failure To Oppose Defendant Prasad's Motion To Dismiss. (Doc. 55.) Plaintiff was ordered to file a response to the OSC or an opposition to the pending motion to dismiss within 21 days. (*Id*. at 2.)

More than 21 days have passed, yet Plaintiff has failed to respond to the OSC or to file an opposition to Defendant Prasad's pending motion to dismiss.

## II.    DISCUSSION

This Court's Local Rules provide, in relevant part:

> Opposition, if any, to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*). Here, despite the issuance of an OSC, Plaintiff failed to file an opposition to Defendant Prasad's motion to dismiss. Therefore, the undersigned[1] considers Defendant Prasad's pending motion to be unopposed. No reply brief is necessary, and the motion is submitted for decision. Local Rule 230(*l*) ("All such motions will be deemed submitted when the time to reply has expired"].)

This Court is one of the busiest district courts in the nation. All judges carry heavy caseloads. Defendant Prasad's unopposed motion to dismiss will be decided in due course.

## III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1.  The OSC issued April 15, 2026 (Doc 55) is **DISCHARGED**; and

2.  Defendant Prasad's motion to dismiss (Doc. 49) is **DEEMED** unopposed. The undersigned will issue findings and recommendations in due course.

IT IS SO ORDERED.

Dated:    **May 15, 2026**                     _____
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] This action was reassigned on May 4, 2026, due to the retirement of Magistrate Judge Sheila K. Oberto. (*See* Doc. 46.)

2