# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAMAR PASCHALL,

          Plaintiff,

    v.

AMANDEEP JOHAL, et al.,

          Defendants.

Case No.: 1:24-cv-00154 JLT EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT FEZE

(Doc. 57)

Lamar Paschall seeks to hold defendants liable for violations of his civil rights. The assigned magistrate judge recommended defendant Feze be dismissed from the action pursuant to Federal Rule of Civil Procedure 4. (Doc. 57.) The magistrate judge advised that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 3-4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued May 5, 2026 (Doc. 57) are **ADOPTED** in full.

2. Defendant Ludovic Feze is **DISMISSED**, without prejudice, from this action.

3. The Clerk of the Court is directed to update the docket.

4. This matter is referred to the assigned magistrate judge.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE