# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR PASCHALL,<br><br>          Plaintiff,<br><br>     v.<br><br>AMANDEEP JOHAL, et al.,<br><br>          Defendants. | Case No.: 1:24-cv-00154 JLT EGC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DEFENDANT SINCLAIR, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 60) |

Lamar Paschall seeks to hold defendants liable for violations of his civil rights arising under the Eighth Amendment.  The magistrate judge found Plaintiff "failed to provide accurate and sufficient information to effect service of process on Defendant Sinclair" and did not comply with the service requirements of Rule 4 of the Federal Rules of Civil Procedure.  (Doc. 60 at 2, 3.) Therefore, the magistrate judge recommended that the Court dismiss Sinclair as a defendant, without prejudice.  (*Id.*)

The Court served the Findings and Recommendations on the parties and notified Plaintiff that any objections were due within 14 days.  (Doc. 60 at 3.)  The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal."  (*Id*. at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued June 17, 2026 (Doc. 60) are **ADOPTED** in full.

    2.    Defendant Sinclair is **DISMISSED** without prejudice.

    3.    The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated:   July 7, 2026

UNITED STATES DISTRICT JUDGE

2